UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 JUN 16 P 12: 12

TALEAF GUNTHER, PRO SE )     CRIMINAL ACTION
   PETITIONER, )
    ) Crim No: 17-488
    ) HONORABLE RENEE MARIE BUMB
v )
    )
    ) MOTION TO COMPEL ATTORNEY
    ) AT TRIAL TO SURRENDER ALL
UNITED STATES OF AMERICA, ) JENKS AND BRADY MATERIALS
   RESPONDENT. ) PURSUANT TO 18 USC § 3500

---

COMES NOW, TALEAF GUNTHER, Petitioner, proceeding in pro se pursuant to Haines v Kerner, 404 US 519-520 (1972), humbly [and] resoectfully moves this Honorable Court, to <u>GRANT</u> this [m]otion requesting <u>ALL</u> <u>Jenks</u> and <u>Brady</u> materials, pursuant to 18 USC [§] 3500.

Petitioner asserts, that he is indigent and in the informa pauperis status, wherefore he is requesting these document at no cost to him, pursuant to 28 USC § 753(f); and the statutes [] under 28 USC § 2250.

Because Petitioner is currently on direct appeal, these [] documents to which are being requested, are imperative to assist him with post conviction relief.

Petitioner now proceeds, in pro se, in necessity, as he can can not afford [a]n attorney; and he is unskilled and unver[sed]

in the application of federal law.

§ § § § §

A. DOCUMENTS SOUGHT

Petitioner relies on the Supreme Court ruling in Jencks v United States, 353 US 657, 77 SCt 1007 (1957), which states in part: "[t]he Court held that the criminal action must be [dis]-missed, when the Government, on the ground of privilege elected not to comply with [a]n order to produce, for the accused's [] inspection and for admission in evidence, relevant statements, or reports in it's possession of government witnesses, touching the subject matter of their testimony at trial."

Petitioner further relies on the Supreme Court ruling in Brady v Maryland, 373 US 83, 87, 83 SCt 1194 (1963), which [] reads in relevant part: "[a] structural discovery error occurs when the Government withholds materials, evidence favorable to the defendant."

Petitioner argues, that the ABA Standards for Criminal [] Justice, Defense Functions Standards and Commentary, the resounding message is that defense attorneys, because of their intimate knowledge of the trial proceedings and their possession of unique information regarding possible post-conviction claims have an obligation to cooperate with the client's attempt [t]o challenge their convictions.

In his quest for relief, Petitioner cites the following []: US v Dorman, 58 MJ 295 (CAAF 2003); Hiatt v Clark, KY No: 2005 SC-000455-MR (6/15/2006); see also Maxwell v Florida, 479 US 972 107 SCt 474 (1986)("[t]he right to effective assistance fully [] encompasses the client's right to obtain from trial counsel the work files generated during and pertient to that client's defense. It further entitles the client to utilize materials which contained in any proceeding at which the adequacy of trial counsel's representation may be challenged"); Spivey v Zant, 683 F2d 881, 885 (5th Cir 1982).

§ § § § § §

B. CONCLUSION

WHEREFORE, ALL PREMISES CONSIDERED, Petitioner respectfully urges this Honorable Court, to issue [a]n ORDER compelling his Trial Attorney, to surrender ALL Jencks and Brady Materials so that he can effectively challenge his post conviction remedies.

Respectfully submitted on this __1st__ day of May 2023.

/s/ _C.T._____
TALEAF GUNTHER, # 66487-050
FCI Ray Brook
PO Box 900
Ray Brook, NY 12977-0900

2023 JUN 16 P 12: 12  CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED

CERTIFICATE OF SERVICE

I, TALEAF GUNTHER, hereby certify that I have served a [ ] true and correct copy, of the foregoing instrument, Motion [ ] Requesting Jencks and Brady Materials, via US First Class Mail, Postage Pre-paid, on this 1st day of May, 2023, by placing said instrument in the hands of BOP Officials for forwarding, to the appropriate agency, to wit:

    Clerk, US District Court
    Martin Luther King Jr Courthouse
    50 Walnut Street
    Rm 4015
    Newark, NJ  07101

Executed under the penalty of perjury, pursuant to 28 USC § 1746.

/s/ _____

    TALEAF GUNTHER, # 66487-050
    FCI Ray Brook
    PO Box 900
    Ray Brook, NY  12977-0900

2023 JUN 16 P 12: 12
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

⇔66487-050⇔
Taleaf Gunther
FCI - Ray Brook
PO BOX 900
RAY Brook, NY 12977
United States

ALBANY NY 120

13 JUN 2023  PM 2  L



⇔66487-050⇔
Clerk Us Disctrict Court
Room 4015
50 Walnut ST
Newark, NJ 07102
United States

L E G A L    M A I L



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2023 JUN 16 P 12:12

07102$3595 C014
07102-359599

**FCI RAY BROOK**
P.O. BOX 300 RAY BROOK, NEW YORK

DATE: 6-13-23

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."



2023 JUN 16 P 12: 13

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED