UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 APR 26 A 10: 39

TALEAF GUNTHER, PRO SE )
   PETITIONER, )   Crim No: 17-488
)
)   HONORABLE RENEE MARIE BUMB
)
v )
)
)   MOTION REQUESTING RELEVANT
)   DOCUMENTS PURSUANT TO
)   28 USC § 753(f)
UNITED STATES OF AMERICA, )
   RESPONDENT. )

---

   COMES NOW, TALEAF GUNTHER, petitioner, proceeding in pro se pursuant to Haines v Kerner, 404 US 519-520 (1972), humbly [and] respectfully moves this Honorable Court, to <u>GRANT</u> this [m]otion requesting the following documents, pursuant to 28 USC 753(f); and the statute under 28 USC § 2250.

   Petitioner asserts, that he is indigent and in the informa pauperis status, wherefore, he is requesting these documents at no cost to him.

   Because Petitioner is currently on direct appeal, these documents to which he is requesting, are imperative to assist him with his current filings.

   Petitioner now proceeds, in pro se, in necessity, as he is unskilled and unversed in the application of federal law.

A. DOCUMENTS REQUESTED

On or about March 28, 2019, Petitioner TALEAF GUNTHER, wrote this Honorable Court a letter, expressing his concerns in regards to the "breakdown" in communication, with his then attorney, Esq MR WOLF.

Petitioner asserted in his correspondence to the court, how he felt about MR WOLF's performance, regarding a defense strategy for his trial.

Petitioner at this point requested, the appointment of new counsel, because he was not satisfied with MR WOLF and therefore the lack of adequate and sufficient communication.

For the purpose of post conviction relief, Petitioner comes before this Honorable Court, requesting the following transcript of the Court hearing on 4/15/2019, docket entry 175, 176.

May it be judicially noted, that the letter in question, [] was received in the chambers of the HONORABLE JUDGE RENEE MARIE BUMB, on April 12, 2019.

Thank you for your consideration in this matter.

Respectfully submitted on this 20th day of April 2023.

/s/ _____
    TALEAF GUNTHER, # _____-050
    FCI Ray Brook
    PO Box 900
    Ray Brook, NY  12977-0900

# EXHIBIT

RE: United States v. Taleaf Gunther

Crim#17 -488(RMB)

RECEIVED IN CHAMBERS OF

APR 12 2019

RENÉE MARIE BUMB, U.S.D.J.

I am writing this court in regards a conflict of interest, I have with my attorney Robert C. Wolf.

1. Just last week it was brought to my attention before this court for a status hearing, after talking with Mr. Wolf that the filing of pretrial motions before trial has already past its deadline. Mr. Wolf never even took the initiative to discuss any possible strategy for my defense as to filing any motions before trial nor did he update me about the deadline for filing pretrial motions.

2. My main issue with Mr. Wolf is his lack of communication and performance as going over my case with me. There is no way just days or weeks before I start trial, I can adequately build a defense or strategize with Mr. Wolf, where he lack the basic requirement to communicate and keep me updated on certain issues on my case.

3. This been and ongoing issue where there's seems to be a breakdown of communication with Mr. Wolf and me. Therefore, im humbly asking the court to appoint me new counsel.

Date: 3/28/19

s/ *[signature]*

Taleaf Gunther

c/c

CERTIFICATE OF SERVICE

I, TALEAF GUNTHER, hereby certify that I have served a true and correct copy, of the foregoing instrument, Motion Requesting Relevant Documents, via US First Class Mail, Postage Pre-paid [ ] on this 20th day of April 2023, by placing said instrument ... in the hands of BOP officials for forwarding, to the appropriate [ ] agency for processing.

This instrument is being forwarded to the follow[ing] as is addressed:

    Clerk, US District Court
    Martin Luther King Jr Courthouse
    50 Walnut Street
    Rm 4015
    Newark, NJ  07101

Executed under the penalty of perjury, pursuant to 28 USC § 1746.

/s/ *Taleaf Gunther*
    TALEAF GUNTHER, # 66487-050
    FCI Ray Brook
    PO Box 900
    Ray Brook, NY  12977-0900

TALEAF GUNTHER, # 66487-050
FCI Ray Brook
PO Box 900
Ray Brook, NY  12977-0900

ALBANY NY 12
21 APR 2023 PM 3



⇔66487-050⇔
Clerk Us Disctrict Court
Room 4015
50 Walnut ST
Newark, NJ 07105
United States



07102-359599